**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Daniel<br>First name | First name |
|  |  | Eric<br>Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | Pettit<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2416 | |

Debtor 1    **Daniel Eric Pettit**                                                                  Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

About Debtor 1:

**1265 Salm Drive**
**North Liberty, IA 52317**
Number, Street, City, State & ZIP Code

**Johnson**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☒ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**Debtor has lived in this district for the greater part of the last 180 days.**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Daniel Eric Pettit**                                                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Daniel Eric Pettit**                                                          Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Daniel Eric Pettit**                                    Case number *(if known)*

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Daniel Eric Pettit**                                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Daniel Eric Pettit**

**Daniel Eric Pettit**                                                    _____
Signature of Debtor 1                                                 Signature of Debtor 2

Executed on    **September 25, 2024**                      Executed on  _____
          MM / DD / YYYY                                              MM / DD / YYYY

---

Debtor 1    **Daniel Eric Pettit**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ David A. Morse** | Date | **September 25, 2024** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**David A. Morse**
Printed name

**Law Offices of David A. Morse**
Firm name

**1010 Insurance Exchange Building**
**Des Moines, IA 50309**
Number, Street, City, State & ZIP Code

Contact phone  **515-243-7600**              Email address    **dave@davemorselaw.com**

**AT0005631 IA**
Bar number & State

---

2565 SE Encompass Investment Group, LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263-4000

A Tech, Inc
10401 Hickman Road
Urbandale, IA 50322

Alison Florence Kanne, Esq.
2015 Grand Avenue, Ste 102
Des Moines, IA 50312

Allen E. Stoye, Jr.
c/o Kristopher John Covi, Esq.
9500 West Dodge Road, Ste 100
Omaha, NE 68114

Allen E. Stoye, Jr.
c/o Kristopher John Covi
9500 West Dodge Road, Ste 100
Omaha, NE 68114

Allen Edward Stoye, Jr.
6824 NW 87th Court
Johnston, IA 50131

Allison Florence Kanne, Esq.
2015 Grand Avenue, Ste 102
Des Moines, Iowa 50312

Allison Florence Kanne, Esq.
2015 Grand Avenue, Ste 102
Des Moines, IA 50312

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington, IL 55438

American Express Travel Related Services
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998

American Express Travel Related Services
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998

American Express Travel Related Services
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998

American Express Travel Related Services
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

Anderson Four, LLC
4451 NW Urbandale Drive
Urbandale, IA 50322

Andrew G. Carlson, Esq.
6601 Westown Parkway, Ste 200
West Des Moines, IA 50266

Ariel Bouskila, Esq.
Berkovitch & Bouskila
1545 US 202m Ste 101
Pomona, NY 10970

Ashworth Investment Parnters, LLC
440 South Main Street, Ste 4
Milltown, NJ 08850

Ashworth Investment Partners, LLC
440 South Main Street, Ste 4
Milltown, NJ 08850

Aspire Serving Center
Attn: Bankruptcy
Po Box 659705
West Des Moines, IA 50265

Availa Bank
126 West 6th Street
Carroll, IA 51401

Availa Bank
2019 N. Ankeny Boulevard
Ankeny, IA 50023

Avanza Group
3974 Amboy Road
Staten Island, NY 10308

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America, Na
2536- 73rd Street
Urbandale, IA 50322

Barclays
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Bernard Feldman
2787 Deer Creek Trail
Urbandale, IA 50323

Bernard R. Feldman
aka Feldman, Bernard Michael
2787 Deer Creek Trail
Urbandale, IA 50323

Black Oak Real Estate Properties, LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Blackstone Capital Services, LLC
345 Park Avenue
New York, NY 10154

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

Brant D. Kahler, Esq.
666 Grand Avenuie, Ste 2000
Des Moines, IA 50309

Brooke Suter Jacobs, Esq.
6701 Westown Parkway, Ste 100
West Des Moines, IA 50266

Canon Advance, LLC
c/o Ariel Bouskila, Esq.
80 Broad Street, Ste 3303
New York, NY 10004

Canon Advance, LLC
5308 13th Avenue, Ste 324
Brooklyn, NY 11219

Carney & Appleby, PC
303 Locust Street, Ste 400
Des Moines, IA 50309

Century Link
PO Box 4529
Monroe, LA 71211

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Christopher Lloyd Low, Esq.
2536- 73rd Street
Urbandale, IA 50322

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Colton P. Schnept, Esq.
2536- 73rd Street
Urbandale, IA 50322

Comenity bank/J Crew
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Pier 1
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/trek
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Curtis George McCormick, Esq.
808 13th Street
Sperry, IA 52650

DB Booneville, LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Dedicated Finnancial GBC
1970 Oakcrest Avenue, #217
Saint Paul, MN 55113

Elemental Capital
c/o Florence D. Zabokritsky, Esq.
102-02 Metropolitan Avenue- 2nd Floor
Forest Hills, NY 11375

Encompass Design Studio LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Encompass Development, LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Encompass Golf course, LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Encompass Holdings, LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Farm Credit Services of America PCA
c/o Thomas Howard Burke, Esq.
699 Walnut Street, Ste 2000
Des Moines, IA 50309

Farm Credit Services of America, PCA
c/o Thomas H. Burke
699 Walnut Street, Ste 2000
Des Moines, IA 50309

Farm Credit Services of America, PCA
Thomas Howard Burke
699 Walnut Street, Ste 2000
Des Moines, IA 50309

Farm Credit Svcs Of Am
Pob 2409
Omaha, NE 68103

Farm Credit Svcs Of Am
Pob 2409
Omaha, NE 68103

Farmers State Bank
131 Tower Park Drive, Ste 100
Waterloo, IA 50701

Farmers State Bank
131 Tower Park Drive, Ste 100
Waterloo, IA 50701

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176

Great Southern Bank
Attn: Bankruptcy
Po Box 9009d
Springfield, MO 65804

Great Southern Bank
Attn: Bankruptcy
Po Box 9009d
Springfield, MO 65804

Great Southern Bank
Attn: Bankruptcy
Po Box 9009d
Springfield, MO 65804

Great Southern Bank
Attn: Bankruptcy
Po Box 9009d
Springfield, MO 65804

Great Southern Bank
Attn: Bankruptcy
Po Box 9009d
Springfield, MO 65804

Great Southern Bank
Attn: Bankruptcy
Po Box 9009d
Springfield, MO 65804

Green Note Capital Pernsers
1019 Av P. Ste 401
Brooklyn, NY 11223

Greenstate Credit Unio
2355 Landon Rd
North Liberty, IA 52317

Greenstate Credit Unio
2355 Landon Rd
North Liberty, IA 52317

GreenState Credit Union
Attn: Bankruptcy
Po Box 925
North Liberty, IA 52317

Greenstate Credit Union
2536- 73rd Street
Urbandale, IA 50322

GreenState CU
Attn: Bankruptcy
Po Box 800
North Liberty, IA 52317

Griffin Reuel Scott, Esq.
699 Walnut Street, Ste 1900
Des Moines, IA 50309

Griffin Reuel Scott, Esq.
699 Walnut Street, Ste 1700
Des Moines, IA 50309

Griffin Reuel Scott, Esq.
699 Walnut Street, Ste 1900
Des Moines, IA 50309

Huntington Bank
Attn: Bankruptcy
Po Box 1558
Columbus, OH 43216

Huntington National Bank
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234

Huxley King, LLC
c/o Louis R. Hockenberg, Esq.
6601 Westown Parkway, Ste 200
West Des Moines, IA 50266

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue - Bankruptcy
PO Box 10330
Des Moines, IA 50306-0330

Iowa Pond Guy c/o Christine I. Thompson
535 E. Army Post Road
Des Moines, IA 50315

Iowa Pond Guy, LLC
10095 W 140th Street
Collins, IA 50055

Jason Arthur Springer, Esq.
148 W. 2nd Street, Ste 4
Madrid, IA 50156

John Brandon Cavanaugh
204 S. Main
Grimes, IA 50111

John Harold Pennington, Esq.
400 Locust Street, Ste 400
Des Moines, IA 50309

John Louis Kramer, III, Esq.
2536- 73rd Street
Urbandale, IA 50322

Joseph Frederick Wallace, Esq.
400 Locust Street, Ste 400
Des Moines, IA 50309

Joseph Porter, Esq.
115 3rd Street SE, Ste 1200
Cedar Rapids, IA 52401

Joseph Porter, Esq.
115 3rd Street SE, Ste 1200
Cedar Rapids, IA 52401

Joseph Porter, Esq.
115 3rd Street SE, Ste 1200
Cedar Rapids, IA 52401

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Kenneth P. Nelson, Esq.
PO Box 1020
Waterloo, IA 50704-5000

Kettleview, LLC
4700- 150th Street
Urbandale, IA 50323

Kevin Driscoll, Esq.
699 Walnut Street, Suite 1700
Des Moines, IA 50309

Kevin Driscoll, Esq.
699 Walnut Street - Ste 1900
Des Moines, IA 50309

Kevin Driscoll, Esq.
699 Walnut Street, Ste 1900
Des Moines, IA 50309

Kevin Driscoll, Esq.
699 Walnut Street, Ste 1900
Des Moines, IA 50309

Kevin Heath Collings
700 Walnut Street, Ste 1600
Des Moines, IA 50309

Krisopher John Covi, Esq.
9500 West Dodge Road, Ste 100
Omaha, NE 68114

Kristopher John Covi
9500 West Dodge Road, Ste 100
Omaha, NE 68114

Libertas Finding, LLC nominee - Webbank
411 W. Putnam Avenue, Ste 220
Greenwich, CT 06830

Lincoln Automotive Fin
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154

Lincoln Savings Bank
508 Main Street
Reinbeck, IA 50669

Lincoln Savings Bank
508 Main Street
Reinbeck, IA 50669

Lincoln Savings Bank
242 Tower Park Drive
Waterloo, IA 50701

Louis R. Hockenberg
6601 Westown Parkway, Ste 200
West Des Moines, IA 50266

Louis R. Hockenberg, Esq.
6601 Westown Parkway, Ste 200
West Des Moines, IA 50266

Luana Savings Bank


LV Wash LLC
1606 SW Prairie Trail Drive
Ankeny, IA 50023

LV Wash, LLC
1606 SW Prairie Trail Parkway
Ankeny, IA 50023

LV Wash, LLC
1606 SW Prairie Trail Pkwy
Ankeny, IA 50023

LV Wash, LLC
1606 SW Prairie Trail Parkway
Ankeny, IA 50023

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Lynn Wickham Hartman, Esq.
115- 3rd Street, Ste 1200
Cedar Rapids, IA 52401

Lynn Wickham Hartman, Esq.
115- 3rd Street, Ste 1200
Cedar Rapids, IA 52401

Magna Group, LLC
c/o Paul A. Rachmuth, Esq.
600 Lexington Avenue
New York, NY 10022

Magnolia Perry, LLC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Matthew T. Cronin, Esq.
666 Walnut Street, Ste 2000
Des Moines, IA 50309

Matthew T. Jennings
7711 NW 96th Street
Johnston, IA 50131

Matthew Thomas Jennings
7711 NW 96th Street
Johnston, IA 50131

Meadows Capital Partners I, LLC
440 S. Main Street, Ste 4
Milltown, NJ 08850

Meadows Capital Partners I, LLC
440 S. Main Street, Ste 4
Milltown, NJ 08850

Megan Maureen Kennedy Marty, Esq.
699 Walnut Street, Ste 1700
Des Moines, IA 50309

Megan Maureen Kennedy Marty, Esq.
699 Walnut Street, Ste 1700
Des Moines, IA 50309

Megan Maureen Kennedy Marty, Esq.
699 Walnut Street, Ste 1700
Des Moines, IA 50309

Michael J. Carroll, Esq.
3030 Locust Street, Ste 400
Des Moines, IA 50309

Michael Pauk
1700 NE Gateway Court - Ste 205
Grimes, IA 50111

Mozart Properties, LLC
401 Ryland Street, Ste 200A
Reno, NV 89502

Nebraska Furniture Mart
Attn: Collections
Po Box 2335
Omaha, NE 68103

Orton Development Company, LLC
c/o Robert S. Orton, Registered Agent
2208 Woodlands Pkwy
Clive, IA 50325

Paul Ruffalo
5000 Scarlett Oak Court NE
Cedar Rapids, IA 52404

Paul Ruffalo
5000 Scarlett Oak Court NE
Cedar Rapids, IA 52402

Paxton Williams, Esq.
666 Walnut Street, Ste 2000
Des Moines, IA 50309

Per Mar Security and Research Corp. d/ba
Per Mar Security
c/o Corporation Services Corp,
505 Fifth Avenue, Ste 729
Des Moines, IA 50309

Per Mar Security Services
510- 1st Street
Cedar Rapids, IA 52404

Pettit Enterprises, LLP
54017 Oak Creek Drive NE
Cedar Rapids, IA 52411

Philadelphia Indemnity Insurane Company
c/o Jon A. Vasey, Esq.
700 Second Avenue
Des Moines, IA 50309

Praesumo Capital, LLC
1111 Lincoln Road, Ste 500
Attn:  Lowell D. Kraff
Miami Beach, FL 33139

Professional Pool & Spa
PO Box 65248
West Des Moines, IA 50265

R&D Pettit Properties, LC
2565 SE Encompass Drive, Ste 200
Waukee, IA 50263

Rachel L. Pettit
7395 NW 100th Street
Johnston, IA 50131

Rachel Pettit
7395 NW 100th Street,
Johnston, IA 50131

Regions Bankcard
Attn: Bankruptcy
1900 5th Ave N
Hoover, AL 35203

Rick Halbur, Esq.
PO Box 458
New Ulm, MN 56073

Robear, LLC
c/o McCormick & Associates, PC
808- 13th Street
West Des Moines, IA 50265

Robert Stephen Orton
2497 Scenic Valley Drive
West Des Moines, IA 50266

Robert Stephen Orton
2497 Scenic Valley Drive
West Des Moines, IA 50265

Robert Stephen Orton
2497 Scenic Valley Drive
West Des Moines, IA 50265

Ryan Coufal, Esq.
9500 W. Dodge Raod, Ste 100
Omaha, NE 68114

Samuel Joseph Gray, Esq.
115 third Street SE, Ste 1200
Cedar Rapids, IA 52401

Samuel Joseph Gray, Esq.
115 third Street SE, Ste 1200
Cedar Rapids, IA 52401

Sari L. Kramer


Sari L. Kramer
2 Granite Drive
Cedar Grove, NJ 07009

SBBP JV21, LLC
c/o McCormick & Associates, PC
808- 13th Street
West Des Moines, IA 50265

SBBP JV21, LLC
12951 University Avenue, Ste 200
Clive, IA 50325

Shear Construction Management, LLC
6817 SW 81 Terrace
Miami, FL 33143

Smart Business
c/o Ariel Bouskila, Esq.
70 Broad Street, Ste 3303
New York, NY 10004

Steven Katz
440 S. Main Street
Milltown, NJ 08850

Steven Katz & Associates, Inc.
440 South Main Street
Milltown, NJ 08850

Stevie C's Inc.
c/o John B. Cavanaugh
204 S. Main
Grimes, IA 50111

Syncb/Paypal
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Terry L. Gibson, Esq.
2015 Grand Avenue, Ste 102
Des Moines, IA 50312

The Avanza Group, LLC
3974 Amboy Road, Ste 306
Staten Island, NY 10308

U.S. Attorney's Office (IRS)
210 Walnut Street, Ste 455
Des Moines, IA 50309

US Bank
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Us Bk Cacs
Cb Disputes
Saint Louis, MO 63166

Us Bk Cacs
Cb Disputes
Saint Louis, MO 63166

Us Bk Cacs
Cb Disputes
Saint Louis, MO 63166

VH II, LLC
150 Doc Jones road
Mankato, MN 56001

VH II, LLC
150 Doc Jones Road
Mankato, MN 56001

Von Maur
Attn: Bankruptcy
6565 North Brady St
Davenport, IA 52806

William Michael Reasoner, Esq.
699 Walnut Street, Ste 1600
Des Moines, IA 50309