**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**DES MOINES DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-01387-LMJ7 |
| | ) | |
| Daniel Eric Pettit | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Lee M. Jackwig |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

 Now comes, BMW Financial Services NA, LLC, by and through its counsel, and moves pursuant to 11 USC §362 for the entry of an order modifying the automatic stay with respect to the Property known as 2023 BMW M8 Convertible 2D M8 Competition AWD 4.4L V8 Turbo with a vehicle identification number of WBSDZ0C0XPCL58145 ("Property"). In support thereof, Movant states as follows:

1. On September 25, 2024, Daniel Eric Pettit ("Debtor") filed for relief under Chapter 7 of the Bankruptcy Code.

2. Movant is the holder of a claim with an outstanding lease amount as of, October 21, 2024, of $129,263.19. Attached hereto is a copy of the October 17, 2022 Lease Agreement and the Evidence of Title (Exhibits A and B respectively).

3. The value of the property is $132,725.00 per the attached N.A.D.A. (Exhibit C).

4. Debtor has failed to continue their monthly contractual payments to the Movant and is currently due for (October, 2023 through October, 2024) installments in the amount of $2,239.00 each, for a total default of $29,107.00. A copy of the Payment history is attached as Exhibit D.

5. On June 24, 2024, Movant repossessed the Property.

6. As a result of the foregoing, cause exists to modify the automatic stay.

7. Accordingly, cause exists to modify the automatic stay with respect to the Property and waive the Federal Rule of Bankruptcy Procedure 4001(a)(3) fourteen day stay.

 WHEREFORE, BMW Financial Services NA, LLC prays for the entry of an order modifying the automatic stay with respect to the Property and waiving the Federal Rule of Bankruptcy Procedure 4001(a)(3) fourteen day stay

Respectfully Submitted,

Law Office of Evan Moscov

*/s/ Evan Lincoln Moscov*
Evan Lincoln Moscov Iowa Bar Number AT0011167
P.O. Box 8305,
Waukegan, IL 60079
Phone: (312) 969-1977
Email: evan.moscov@moscovlaw.com

Attorney for BMW Financial Services NA, LLC

2

**CERTIFICATE OF SERVICE**

      I certify that on November 12, 2024, I caused to be served a true and correct copy of the foregoing Motion For Relief from the Automatic Stay by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Daniel Eric Pettit
1265 Salm Drive
North Liberty, IA 52317

Via CM / ECF / NEF

David A Morse
505 5th Ave, Ste 1010
Des Moines, IA, 50309

dave@davemorselaw.com

Larry S Eide
103 E State Street Suite 800, PO Box 1588
Mason City, IA 50402

United States Trustee
Federal Bldg Room 793,
210 Walnut Street
Des Moines, IA 50309

                                    */s/ Evan Lincoln Moscov*
                                    P.O. Box 8305,
                                    Waukegan, IL 60085