SD IA-201 (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DANIEL ERIC PETTIT,<br><br>                Debtor(s). | CHAPTER 7<br>CASE NO. 24-01387-lmj7<br><br>NOTICE OF INTENT TO SELL<br>PROPERTY AND BAR DATE<br>NOTICE 1/17/2025 |

_____

The undersigned Trustee of the estate of the Debtor(s) named above, subject to objection under Federal Rules of Bankruptcy Procedure, Rules 6004(b) & 9014, will sell the following property of the estate subject to any liens of record:

    All of the Debtor's right, title and interest in and to units of Mozart Properties, LLC (the principal property of the LLC is real estate in Johnston, Iowa which is the subject of a foreclosure action and there is believed to be no equity in the real estate, the purchaser is the other 50% owner of the LLC).

to the following purchaser:

    Robert Orton and/or Mozart Properties, LLC

for the following consideration:

    Two Thousand Five Hundred Dollars ($2,500.00).

NOTICE IS HEREBY GIVEN that any objections thereto must be served on the undersigned Trustee at the address listed below, the United States Trustee at Room 793, Federal Building, 210 Walnut Street, Des Moines, IA 50309-2108, the Debtor, and the Debtor's counsel.  Any objection must be filed with the Clerk of Bankruptcy Court at United States Courthouse, 111 Locust Street, Office 320, Des Moines, Iowa 50309 within 21 days of the date of this notice and report.

DATED:  January 17, 2025          /s/ Larry S. Eide
                                           Larry S. Eide, Trustee (AT0002317)
                                           103 E. State Street, Suite 800 (zip code 50401
                                           PO Box 1588
                                           Mason City, Iowa 50402-1588
                                           Telephone: 641.423.4264
                                           Facsimile: 6441.423.3145
                                           Email: eide@pappajohnlaw.com