# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DES MOINES DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 24-01387-lmj7 |
| | ) | Chapter 7 |
| Daniel Eric Pettit, | ) | |
| | ) | **MOTION TO SHORTEN BAR DATE FOR** |
| | ) | **OBJECTIONS TO** |
| | ) | **MOTION TO EXTEND TIME** |
| | ) | **TO OBJECT TO DISCHARGE OR** |
| | ) | **DISCHARGEABILITY OF CLAIMS** |
| Debtor. | ) | |
| | ) | |

COME NOW Creditors, Allen E. Stoye ("Stoye") and Matthew T. Jennings ("Jennings") (collectively the "Creditors"), by and through their undersigned counsel, and respectfully requests this Court shorten the bar date on their second Motion to Extend Time to Object to Discharge or Dischargeability of Claims, and in support of the Motion to Shorten Time states as follows:

1.  Pursuant to Federal Rules of Bankruptcy Procedure 4004(a) and 4007(c), and the Court's Notice and Order dated September 25, 2024, complaints objecting to the Debtor's discharge, or the dischargeability of claims were to be filed no later than December 23, 2024 (the "Discharge Objection Deadline").

2.  On December 16, 2024, Creditors filed a motion seeking an extension of time to file a complaint objecting to either the dischargeability of certain claims held by the Creditors pursuant to Bankruptcy Code section 523 and/or the Debtor's right to receive a discharge pursuant to Bankruptcy Code section 727 (Docket Nos. 102 & 104).

3.  No objections were filed, and the Discharge Objection Deadline was extended to March 23, 2025 (Docket No. 155).

#4506680

4. On March 6, 2025, the United States Trustee (the "UST") filed an adversary proceeding against the Debtor objecting to the Debtor's discharge pursuant to Bankruptcy Code sections 727(c),(d), and (e) (Docket No. 178) (the "UST's Complaint").

5. On March 18, 2025, Creditors filed a second motion seeking an extension of time to file a complaint objecting to the discharge. (Docket Nos. 185 & 186) (the "Second Motion to Extend").

6. As Stoye and Jennings stated in their Second Motion to Extend, the UST's Complaint may negate the need for Stoye and Jennings (as well as other creditors) from pursuing their own respective and repetitive objections to the Debtor's discharge and therefore avoid duplicative proceedings. As such, extending the deadline for Stoye and Jennings to file any objections to the Debtor's discharge, or the dischargeability of claims held by Stoye and Jennings, would promote judicial economy and efficiencies.

7. This motion to shorten time is brought within the time prescribed for objecting to discharge, and in conformance with Fed. R. Bankr. Pro. Rules 4004(a), (b), and 9006(b).

8. There is no prejudice against other parties in interest in shortening the bar date.

WHEREFORE, Creditors, Allen E. Stoye and Matthew T. Jennings respectfully request this Court shorten the bar date for objections to their Motion to Extend Time to Object to Discharge or Dischargeability of Claims by shortening the objection period to run through March 25, 2025; and for any further relief this Court deem just and equitable under the circumstances.

Dated: March 18, 2025

Respectfully submitted,

*/s/  Tirzah R. Roussell*
Krystal R. Mikkilineni (AT0011814)
Tirzah R. Roussell (AT0014113)
Dentons Davis Brown, P.C.
215 10th St., Ste. 1300
Des Moines, Iowa 50309
(515) 288-2500
krystal.mikkilineni@dentons.com
tirzah.roussell@dentons.com

**ATTORNEYS FOR ALLEN E. STOYE AND MATTHEW T. JENNINGS**

Copy to:

United States Trustee
Federal Bldg, Room 793
210 Walnut Street
Des Moines, IA 50309

Alexandria Quinn-Hanse
210 Walnut Street
Suite 793
Des Moines, IA 50309

Larry S Eide
103 E State Street, Suite 800
PO Box 1588
Mason City, IA 50402

David A. Morse
505 5th Ave
Suite 1010
Des Moines, IA 50309

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage per-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e mail over CM/ECF, on March 18, 2025.

Signature:    /s/ Gabby Mathias