**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**111 Locust Street, Office 320**
**Des Moines, Iowa 50309**
**www.iasb.uscourts.gov**

In the Matter of:                                              Case No. 24–01387–lmj7

Daniel Eric Pettit

Debtor(s)

### NOTICE OF ORDER DENYING GENERAL DISCHARGE

   Pursuant to the Order Denying General Discharge filed **May 19, 2025,** Notice is hereby given that the General Discharge of Debts in this chapter case is denied as to debtor(s) **Daniel Eric Pettit.**

Date: 5/19/25

                                        Megan R. Weiss
                                        Clerk, U.S. Bankruptcy Court

Parties Served: Everyone in the Chapter Case